WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net

*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A. F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01887-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 4 & 5]**<br><br>**[First Request]** |

COMES NOW Plaintiff Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 ("Wells Fargo"), Defendant Fidelity National Title Insurance Company ("FNTIC") and Specially-appearing Defendant Fidelity National Title

Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On September 24, 2020, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-20-821899-C [ECF No. 1-1];
2. On October 8, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On October 16, 2020, FNTIC filed a Motion to Dismiss [ECF No. 4];
4. On October 16, 2020, FNTG also filed a Motion to Dismiss [ECF No. 5]
5. Wells Fargo's deadline to respond to FNTIC's and FNTG's Motions to Dismiss is currently November 2, 2020;
6. Wells Fargo's counsel is requesting a thirty day extension until Wednesday, December 2, 2020, to file its response to FNTIC and FNTG's Motions to Dismiss;
7. This extension is requested to allow counsel for Wells Fargo additional time to review and respond to the points and authorities cited to in the pending Motions;
8. Counsel for FNTIC and FNTG does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 2nd day of November, 2020. | DATED this 2nd day of November, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| <u>/s/ Lindsay D. Robbins</u><br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5* | <u>/s/ Kevin Sinclair</u><br>Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of November, 2020.