Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-CV-01887-RFB-EJY |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO OPPOSITION TO MOTIONS TO DISMISS AND COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 19, 20)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | |
| Defendants. | **(FIRST REQUEST)** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and

plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of

record, hereby agree and stipulate as follows:

    1.       On October 16, 2020, Fidelity filed its motion to dismiss (ECF No. 4.);

    2.       On December 2, 2020 Wells Fargo filed its response to Fidelity's motion to

1   dismiss (ECF No. 19) and filed a countermotion for partial summary judgment (ECF No. 20);

2       3.    Fidelity's deadline to respond to the opposition to the motion to dismiss and

3   countermotion for partial summary judgment is currently December 9, 2020;

4       4.    Fidelity requests a brief extension of time to respond to the opposition to motion to

5   dismiss and countermotion for partial summary judgment, until December 23, 2020, to afford

6   Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's motions;

7       5.    Wells Fargo does not oppose the requested extension;

8       6.    This is the first request for an extension which is made in good faith and not for

9   purposes of delay;

10       **IT IS SO STIPULATED** that Fidelity's deadline to respond to Wells Fargo's opposition

11   to the motion to dismiss (ECF Nos. 19) and countermotion for partial summary judgment (ECF

12   No. 20) is hereby extended through and including December 23, 2020.

13

14   Dated:  December 3, 2020        SINCLAIR BRAUN LLP

15

16           By:   */s/-Kevin S. Sinclair*

17           KEVIN S. SINCLAIR
        Attorneys for Defendant

18           FIDELITY NATIONAL TITLE INSURANCE
        COMPANY

19   Dated:  December 3, 2020        WRIGHT FINLAY & ZAK, LLP

20

21           By:   */s/-Darren T. Brenner*

22           DARREN T. BRENNER
        Attorneys for Plaintiff

23           WELLS FARGO BANK, N.A.

24   **IT IS SO ORDERED.**

25       Dated this _4th_ day of __December__, 2020.

26           _____

27           RICHARD F. BOULWARE
        UNITED STATES DISTRICT JUDGE

28

**STIPULATION AND ORDER**

