WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
dbrenner@wrightlegal.net

*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A. F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01887-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF WELLS FARGO'S COUNTER MOTION FOR SUMMARY JUDGMENT [ECF No. 20]**<br><br>**[First Request]** |

Pending before the Court is Defendant Fidelity National Title Insurance Company's Motion to Dismiss (ECF No. 10) and Plaintiff Wells Fargo's Countermotion for Partial Summary Judgment (ECF No. 24). The Motion to Dismiss is fully briefed. The Reply in support of the Countermotion for Summary Judgment, if any, would be due on January 6, 2021. ECF No. 28.

Page 1 of 2

Both motions rely, in part, on certain endorsements incorporated by reference but not attached the subject title insurance Policy including with Wells Fargo's Complaint. *See* ECF No. 1-1, pp. 31-32. Upon review, it is not clear if the parties were relying on the correct endorsements within their briefing, and copies of the relevant endorsements are not included with the Policies provided by the parties. *See Id*; *see also* ECF No. 4-2, pp. 2-14. For the sake of clarity if the record, Wells Fargo has requested additional time to review and, if necessary, propose appropriative corrective measures before any further briefing and resolution of the pending motions. Accordingly, the parties stipulate and agree to a 30-day extension of time for Wells Fargo's Reply though and including February 5, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 5th day of January, 2021. | DATED this 5th day of January, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Darren T. Brenner, Esq.* | */s/ Kevin Sinclair, Esq.* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5* | Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 7th day of January, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court