WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
dbrenner@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A. F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-01887-RFB-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF WELLS FARGO'S COUNTERMOTION FOR SUMMARY JUDGMENT [ECF No. 20]**<br><br>**[Third Request]** |

    Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 ("Wells Fargo") and Defendant, Fidelity National Title

Insurance Company ("Fidelity National"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. On October 16, 2020, Fidelity National filed a Motion to Dismiss [ECF No. 4];

2. On December 2, 2020, Wells Fargo filed an Opposition to Fidelity National's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 19 & 20];

3. On December 23, 2020, Fidelity National filed its Reply in Support of its Motion to Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF Nos. 27 & 28];

4. Wells Fargo contends that it is entitled to file a response to Fidelity National's Opposition to its Countermotion for Partial Summary Judgment and that its deadline to do so is March 5, 2021 [ECF No. 34];

5. Wells Fargo's counsel is requesting an extension until April 5, 2021 to respond to Fidelity National's Opposition;

6. This additional extension is requested to allow Wells Fargo additional time to finalize and file its response to the Opposition as lead handling counsel for Wells Fargo continues to recover from an unexpected medical emergency and an associate attorney for Wells Fargo recently contracted the COVID-19 virus.

7. Counsel for Fidelity National does not oppose the requested extension to the extent that a response is permitted;

/ / /

/ / /

/ / /

/ / /

1       8.  This is the third request for an extension which is made in good faith and not for

2             purposes of delay.

3       **IT IS SO STIPULATED.**

| DATED this 3rd day of March, 2021. | DATED this 3rd day of March, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins, Esq.* | */s/ Kevin Sinclair, Esq.* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wells Fargo Bank,*<br>*N.A. Successor By Merger To Wells Fargo*<br>*Bank Minnesota, N.A. F/K/A Norwest Bank*<br>*Minnesota, N.A., Solely As Trustee For*<br>*Structured Asset Mortgage Investments II Inc.*<br>*Bear Stearns Mortgage Funding Trust 2007-*<br>*AR5, Mortgage Pass-Through Certificates,*<br>*Series 2007-AR5* | Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity*<br>*National Title Group, Inc. and Fidelity*<br>*National Title Insurance Company* |

18   **IT IS SO ORDERED.**

19       Dated this __3rd__ day of __March__, 2021.

_____

**RICHARD F. BOULWARE, II**

**United States District Court**