1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-CV-01887-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 40)**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On December 29, 2021, Wells Fargo filed its motion for partial summary judgment (ECF No. 40);



1
**STIPULATION AND ORDER**

2. The deadline to respond to Wells Fargo's motion for partial summary judgment is currently January 19, 2022;

3. Fidelity requests a two-week extension of time to respond to the motion for partial summary judgment, until February 2, 2022, to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's motion;

4. Wells Fargo does not oppose the requested extension;

5. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that the deadline to respond to Wells Fargo's motion for partial summary judgment (ECF No. 40) is hereby extended through and including February 2, 2022.

Dated: January 14, 2022             SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: January 14, 2022             WRIGHT FINLAY & ZAK, LLP

By:  /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this  16th  day of  January , 2022.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

