1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:20-CV-01887-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 40)**<br><br>**(SECOND REQUEST)** |

　　　　COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

　　　　1.　　On December 29, 2021, Wells Fargo filed its motion for partial summary judgment (ECF No. 40);



2. On January 16, 2022, the Court granted the parties' first stipulation to extend the time for Fidelity to respond to Wells Fargo's motion for partial summary judgment (ECF No. 44);

3. Fidelity requests a further, two-week extension of time to respond to the motion for partial summary judgment, through and including February 16, 2022, to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's motion;

4. Wells Fargo does not oppose the requested extension;

5. This is the second request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that the deadline to respond to Wells Fargo's motion for partial summary judgment (ECF No. 40) is hereby extended through and including February 16, 2022.

Dated: January 28, 2022          SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: January 28, 2022          WRIGHT FINLAY & ZAK, LLP

By: /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2022.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

