Scott E. Gizer, Esq., Nevada Bar No. 12216
　*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
　*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
　*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 2:20-CV-01887-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 49)**<br><br>**(FIRST REQUEST)** |

　　　　COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

　　　　1.　　　On December 29, 2021, Wells Fargo filed its motion for partial summary judgment (ECF No. 40);



1
**STIPULATION AND ORDER**

2. On February 16, 2022, Fidelity filed an opposition to Wells Fargo's motion for partial summary judgment and filed a countermotion for partial summary judgment (ECF Nos. 48, 49);

3. On March 9, 2022, Wells Fargo filed its opposition to Fidelity's countermotion for partial summary judgment (ECF No. 51);

4. Fidelity requests a two-week extension of its deadline to file its reply in support of the countermotion for partial summary judgment, through and including April 6, 2022, to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's opposition;

5. Wells Fargo does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its countermotion for partial summary judgment (ECF No. 49) is hereby extended through and including April 6, 2022.

Dated: March 21, 2022          SINCLAIR BRAUN LLP

                               By: /s/-Kevin S. Sinclair
                                   KEVIN S. SINCLAIR
                                   Attorneys for Defendant
                                   FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: March 21, 2022          WRIGHT FINLAY & ZAK, LLP

                               By: /s/-Lindsay D. Dragon
                                   LINDSAY D. DRAGON
                                   Attorneys for Plaintiff
                                   WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

   Dated this  22nd  day of  March , 2022.

                               _____
                               RICHARD F. BOULWARE
                               UNITED STATES DISTRICT JUDGE

