1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, State Bar Number 12277
   *ksinclair@sinclairbraun.com*
8  SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
9  Encino, California 91436
Telephone:  (213) 429-6100
10  Facsimile:  (213) 429-6101

11  Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

12  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
14  Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
15  Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| WELLS FARGO BANK, N.A., | Case No.: 2:20-CV-01887-RFB-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 49)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC., et al., | |
| Defendants. | **(SECOND REQUEST)** |

      COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

      1.     On December 29, 2021, Wells Fargo filed its motion for partial summary judgment (ECF No. 40);



2. On February 16, 2022, Fidelity filed an opposition to Wells Fargo's motion for partial summary judgment and filed a countermotion for partial summary judgment (ECF Nos. 48, 49);

3. On March 22, 2022, the Court granted the parties' first stipulation for an extension of time to reply in support of the countermotion for partial summary judgment (ECF No. 53);

4. Fidelity requests a further two-week extension of its deadline to file its reply in support of the countermotion for partial summary judgment, through and including April 20, 2022, to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's opposition;

5. Wells Fargo does not oppose the requested extension;

6. This is the second request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its countermotion for partial summary judgment (ECF No. 49) is hereby extended through and including April 20, 2022.

Dated: March 31, 2022         SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: March 31, 2022         WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Dragon*
LINDSAY D. DRAGON
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this  8th  day of   April  , 2022.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

