Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC., et al., <br><br> Defendants. | Case No.: 2:20-CV-01887-RFB-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 49)** <br><br> **(THIRD REQUEST)** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1.      On December 29, 2021, Wells Fargo filed its motion for partial summary judgment (ECF No. 40);



2. On February 16, 2022, Fidelity filed an opposition to Wells Fargo's motion for partial summary judgment and filed a countermotion for partial summary judgment (ECF Nos. 48, 49);

3. On March 22, 2022, the Court granted the parties' first stipulation for an extension of time to reply in support of the countermotion for partial summary judgment (ECF No. 53);

4. On April 8, 2022 the Court granted the parties' second stipulation for an extension of time to reply in support of the countermotion for partial summary judgment (ECF No. 55);

5. Fidelity requests a further one-week extension of its deadline to file its reply in support of the countermotion for partial summary judgment, through and including April 27, 2022, to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's opposition;

6. Wells Fargo does not oppose the requested extension;

7. This is the third request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its countermotion for partial summary judgment (ECF No. 49) is extended through and including April 27, 2022.

Dated: April 20, 2022         SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_____
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: April 20, 2022         WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_____
LINDSAY D. DRAGON
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this _21st_ day of __April__, 2022.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

