WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A. F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01887-RFB-EJY <br><br><br> **JOINT STATUS REPORT** |

Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 ("Wells Fargo"), and Defendant Fidelity National Title Insurance

1  Company ("Fidelity National"), by and through their undersigned counsel of record, hereby
2  submit the following status report pursuant to this Court's July 19, 2022 Order [ECF No, 62].
3        On July 6, 2022, the Parties stipulated to a limited six-month stay of the case, which was
4  granted by the Court on July 19, 2022 [ECF No. 62]. Pursuant to this Court's Order, the case is
5  to be stayed until January 3, 2023, with the Parties to submit a Joint Status Report by December
6  20, 2022. *Id.*
7        The Parties have conferred and agree that another six-month stay is warranted. There are
8  now two fully briefed appeals to the Nevada Supreme Court involving similar coverage disputes
9  in *PennyMac Corporation v. Westcor Title Insurance Company*, Nevada Supreme Court Case No.
10 83737 (District Court Case No. A-18-781257-C) and *Deutsche Bank National Trust Company v.*
11 *Fidelity National Title Insurance Company*, Nevada Supreme Court Case No. 84161 (District
12 Court Case No. A-20-820307-C). The Parties anticipate that the Nevada Supreme Court's
13 decisions in the foregoing appeals may touch upon issues regarding the interpretation of policy
14 and claims handling, that could potentially affect the disposition of the instant action.

16 ///

18 ///

20 ///

22 ///

24 ///

26 ///

28 ///

Accordingly, the Parties believe an additional stay of six months in the instant action will best serve the interests of judicial economy. The Parties further agree that the stay of this case is entered based on the specific circumstances surrounding this particular case, and that the Parties' agreement shall not be viewed as a reason for granting a stay in any other pending matter. The Parties request that the action be stayed for a period of six months, through and including, July 3, 2023. The Parties can provide a joint status report to the Court on or before June 3, 2023.

| DATED this 20th day of December, 2022. | DATED this 20th day of December, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Dragon, Esq. | /s/ Kevin Sinclair, Esq. |
| Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5* | Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this \_21st\_ day of \_\_December\_\_, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court