

1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     sgizer@earlysullivan.com
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     slau@earlysullivan.com
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, NV Bar No. 12277
     ksinclair@sinclairbraun.com
   SINCLAIR BRAUN KARGHER LLP
8  15260 Ventura Blvd., Suite 715
   Sherman Oaks, California 91403
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
11 Attorneys for Defendant
   FIDELITY NATIONAL TITLE GROUP, INC. AND FIDELITY
12 NATIONAL TITLE INSURANCE COMPANY

13 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Janet Trost, Esq.
   501 S. Rancho Drive
15 Suite H-56
   Las Vegas, Nevada 89106
16

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-CV-01887-RFB-EJY |
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Wells Fargo Bank, N.A. and defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own

1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

fees and costs.

Dated: April 22, 2024                SINCLAIR BRAUN KARGHER LLP


By: */s/-Kevin S. Sinclair*
 KEVIN S. SINCLAIR
 Attorneys for Defendant
 FIDELITY NATIONAL TITLE GROUP, INC.
 AND FIDELITY NATIONAL TITLE
 INSURANCE COMPANY

Dated: April 22, 2024                WRIGHT FINLAY & ZAK LLP


By: */s/-Christina V. Miller*
 CHRISTINA V. MILLER
 Attorneys for Plaintiff
 WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated: April 23, 2024.

**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

